IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF     CV 10 80 182 MISC

Sharon Lynn Barnes - #140413
_____/

**ORDER TO SHOW CAUSE**

It appearing that Sharon Lynn Barnes has been suspended for two years by the Supreme Court of California effective June 25, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before August 27, 2010 as to why she should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Sharon Lynn Barnes
Attorney At Law
1040 S Mt Vernon Ave Ste G-279
Colton, CA 92324